UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO: 18-60154-PMB |
| | ) | |
| PAMALA DENISE HELLER | ) | |
| | ) | CHAPTER 13 |
| | ) | |
| DEBTOR. | | |

## DEBTOR'S AMENDMENT TO CHAPTER 13 SCHEDULES AND SUMMARY OF SCHEDULES

COMES NOW Debtor and amends the Chapter 13 Schedules to provide the following:

1. Debtor amends Schedule I as attached, to update the current monthly income.

2. Debtor amends Schedule J as attached, to update the current monthly expenses.

3. Debtor amends the Summary of Schedules to reflect the changes listed above.

WHEREFORE, Debtor prays that this Amendment be allowed, and for such other and further relief as the Court deems appropriate and just.

Respectfully submitted
this 17th day of January 2019

/s/
Howard Slomka, Esq.
GA Bar #652875
Attorney for Debtor
Slipakoff and Slomka, PC
Overlook III
2859 Paces Ferry Rd, SE
Suite 1700
Atlanta, GA 30339
se@myatllaw.com
(404) 800-4001

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO: 18-60154-PMB |
| ) | |
| PAMALA DENISE HELLER ) | |
| ) | CHAPTER 13 |
| ) | |
| DEBTOR. | |

## DECLARATION UNDER PENALTY OF PERJURY

I (We) declare under penalty of perjury that the foregoing is true and correct to the best of my (our) knowledge, information and belief.

Done, this 17th day of January 2019.

/s/
Pamala Denise Heller

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §152 and §3571.

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO: 18-60154-PMB |
| ) | |
| PAMALA DENISE HELLER ) | |
| ) | CHAPTER 13 |
| ) | |
| DEBTOR. | |

### CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that I am more than 18 years of age, and that on this day; I served a copy of the foregoing amendments upon the following by:

**Pamala Denise Heller** (via hand delivery)
1064 Sly Fox Run
Fairburn, GA 30213

I further certify that, by agreement of parties, Melissa J. Davey, Standing Chapter 13 Trustee, was served via the ECF electronic mail/noticing system

Done, this 17th day of January 2019.

/s/
Howard Slomka, Esq.
GA Bar #652875
Attorney for Debtor
Slipakoff and Slomka, PC
Overlook III
2859 Paces Ferry Rd, SE
Suite 1700
Atlanta, GA 30339
se@myatllaw.com
(404) 800-4001

Fill in this information to identify your case:

Debtor 1: **Pamala Denise Heller**

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA

Case number (If known): **18-60154**

Check if this is:
☒ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:
_____
MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

   | | Debtor 1 | Debtor 2 or non-filing spouse |
   |---|---|---|
   | Employment status | ☒ Employed <br> ☐ Not employed | ☐ Employed <br> ☐ Not employed |
   | Occupation | Teacher | |
   | Employer's name | Henry County Schools | |
   | Employer's address | 33 N Zack Hinton Parkway <br> McDonough, GA 30253 | |
   | How long employed there? | 5 years | |

### Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | $ 5,525.00 | $ N/A |
| 3. | Estimate and list monthly overtime pay. | +$ 0.00 | +$ N/A |
| 4. | Calculate gross income. Add line 2 + line 3. | $ 5,525.00 | $ N/A |

Official Form 106I                          Schedule I: Your Income                          page 1

Debtor 1   **Pamala Denise Heller**                                                    Case number (*if known*) **18-60154**

| | | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|---|
| | Copy line 4 here | | 4. | $ 5,525.00 | $ N/A |
| 5. | List all payroll deductions: | | | | |
| | 5a. Tax, Medicare, and Social Security deductions | 5a. | | $ 1,281.00 | $ N/A |
| | 5b. Mandatory contributions for retirement plans | 5b. | | $ 332.00 | $ N/A |
| | 5c. Voluntary contributions for retirement plans | 5c. | | $ 0.00 | $ N/A |
| | 5d. Required repayments of retirement fund loans | 5d. | | $ 0.00 | $ N/A |
| | 5e. Insurance | 5e. | | $ 132.00 | $ N/A |
| | 5f. Domestic support obligations | 5f. | | $ 0.00 | $ N/A |
| | 5g. Union dues | 5g. | | $ 0.00 | $ N/A |
| | 5h. Other deductions. Specify: | 5h.+ | | $ 0.00 + | $ N/A |
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | | $ 1,745.00 | $ N/A |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | | $ 3,780.00 | $ N/A |
| 8. | List all other income regularly received: | | | | |
| | 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | | $ 0.00 | $ N/A |
| | 8b. Interest and dividends | 8b. | | $ 0.00 | $ N/A |
| | 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | | $ 0.00 | $ N/A |
| | 8d. Unemployment compensation | 8d. | | $ 0.00 | $ N/A |
| | 8e. Social Security | 8e. | | $ 0.00 | $ N/A |
| | 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | | $ 0.00 | $ N/A |
| | 8g. Pension or retirement income | 8g. | | $ 0.00 | $ N/A |
| | 8h. Other monthly income. Specify: | 8h.+ | | $ 0.00 + | $ N/A |
| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | | $ 0.00 | $ N/A |
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | | $ 3,780.00 + $ N/A | = $ 3,780.00 |
| 11. | **State all other regular contributions to the expenses that you list in *Schedule J*.** Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives. Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*. Specify: | | | 11. +$ | 0.00 |
| 12. | **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies | | | 12. $ | 3,780.00 |
| | | | | | **Combined monthly income** |

13. Do you expect an increase or decrease within the year after you file this form?
    ■ No.
    ☐ Yes. Explain: 

Official Form 106I                          Schedule I: Your Income                                   page 2

**Fill in this information to identify your case:**

Debtor 1: Pamala Denise Heller

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA

Case number (If known): 18-60154

Check if this is:
☒ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:
MM / DD / YYYY

## Official Form 106J
## Schedule J: Your Expenses  12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. **Is this a joint case?**
   ☒ No. Go to line 2.
   ☐ Yes. Does Debtor 2 live in a separate household?
      ☐ No
      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?** ☐ No
   Do not list Debtor 1 and Debtor 2.
   ☒ Yes. Fill out this information for each dependent...........
   Do not state the dependents names.

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | Child | 12 | ☐ No  ☒ Yes |
   | Child | 24 | ☐ No  ☒ Yes |
   |  |  | ☐ No  ☐ Yes |
   |  |  | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**
   ☒ No
   ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.   4. $ 1,500.00

   If not included in line 4:
   4a. Real estate taxes   4a. $ 0.00
   4b. Property, homeowner's, or renter's insurance   4b. $ 0.00
   4c. Home maintenance, repair, and upkeep expenses   4c. $ 0.00
   4d. Homeowner's association or condominium dues   4d. $ 0.00
5. Additional mortgage payments for your residence, such as home equity loans   5. $ 0.00

Official Form 106J                    Schedule J: Your Expenses                    page 1

Debtor 1  **Pamala Denise Heller**  Case number (if known) **18-60154**

| | | | |
|---|---|---|---:|
| 6. | **Utilities:** | | |
| | 6a. Electricity, heat, natural gas | 6a. $ | 110.00 |
| | 6b. Water, sewer, garbage collection | 6b. $ | 25.00 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 110.00 |
| | 6d. Other. Specify: | 6d. $ | 0.00 |
| 7. | **Food and housekeeping supplies** | 7. $ | 300.00 |
| 8. | **Childcare and children's education costs** | 8. $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ | 10.00 |
| 10. | **Personal care products and services** | 10. $ | 10.00 |
| 11. | **Medical and dental expenses** | 11. $ | 10.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $ | 225.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ | 0.00 |
| 14. | **Charitable contributions and religious donations** | 14. $ | 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. $ | 0.00 |
| | 15b. Health insurance | 15b. $ | 0.00 |
| | 15c. Vehicle insurance | 15c. $ | 270.00 |
| | 15d. Other insurance. Specify: | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. $ | 0.00 |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1 | 17a. $ | 0.00 |
| | 17b. Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c. Other. Specify: | 17c. $ | 0.00 |
| | 17d. Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. $ | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.** | | |
| | 20a. Mortgages on other property | 20a. $ | 0.00 |
| | 20b. Real estate taxes | 20b. $ | 0.00 |
| | 20c. Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e. Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify: | 21. +$ | 0.00 |

22. **Calculate your monthly expenses**
    22a. Add lines 4 through 21.  $ **2,570.00**
    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2  $
    22c. Add line 22a and 22b.  The result is your monthly expenses.  $ **2,570.00**

23. **Calculate your monthly net income.**
    23a. Copy line 12 *(your combined monthly income)* from Schedule I.  23a. $ **3,780.00**
    23b. Copy your monthly expenses from line 22c above.  23b. -$ **2,570.00**

    23c. Subtract your monthly expenses from your monthly income.
    The result is your *monthly net income.*  23c. $ **1,210.00**

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ■ No.
    ☐ Yes.  Explain here:

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Pamala** | **Denise** | **Heller** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA

Case number  18-60154
(if known)

■ Check if this is an amended filing

# Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1: Summarize Your Assets

**Your assets**
Value of what you own

1. Schedule A/B: Property (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from Schedule A/B............................................................................. $ **268,695.00**

   1b. Copy line 62, Total personal property, from Schedule A/B................................................................. $ **50,325.00**

   1c. Copy line 63, Total of all property on Schedule A/B............................................................................ $ **319,020.00**

### Part 2: Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D...* $ **321,473.45**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................. $ **0.00**

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............ $ **254,629.00**

   Your total liabilities $ **576,102.45**

### Part 3: Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I*.................................................... $ **3,780.00**

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J*............................................................... $ **2,570.00**

### Part 4: Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**
   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ■ Yes

7. **What kind of debt do you have?**

   ■ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Official Form 106Sum      Summary of Your Assets and Liabilities and Certain Statistical Information      page 1 of 2

Debtor 1  **Pamala Denise Heller**  Case number *(if known)* **18-60154**

8. From the *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.  $ **6,141.41**

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 202,472.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 202,472.00 |

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Pamala Denise Heller** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA | | |
| Case number (if known) | **18-60154** | | |

■ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X **/s/ Pamala Denise Heller**                           X _____
**Pamala Denise Heller**                                      Signature of Debtor 2
Signature of Debtor 1

Date **January 17, 2019**                                  Date _____

Official Form 106Dec                    Declaration About an Individual Debtor's Schedules

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                      Best Case Bankruptcy

```
Label Matrix for local noticing           360 Mortgage Group                        Avant Llc
113E-1                                    11305 Four Points Dr Bld                  222 N. Lasalle Suite 170
Case 18-60154-pmb                         Austin, TX 78726-2367                     Chicago, IL 60601-1101
Northern District of Georgia
Atlanta
Thu Jan 17 12:35:49 EST 2019

(p)CREDIT ACCEPTANCE CORPORATION          (p)CAPITAL ONE                            Capital One Bank (USA), N.A.
25505 WEST 12 MILE ROAD                   PO BOX 30285                              PO Box 71083
SOUTHFIELD MI 48034-8316                  SALT LAKE CITY UT 84130-0285              Charlotte, NC  28272-1083


Citi                                      Comenitybank/ny&co                        Comenitybank/victoria
Po Box 6241                               Po Box 182789                             Po Box 182789
Sioux Falls, SD 57117-6241                Columbus, OH 43218-2789                   Columbus, OH 43218-2789


Credit Acceptance                         Melissa J. Davey                          Dept Of Ed/navient
Po Box 513                                Melissa J. Davey, Standing Ch 13 Trustee  Po Box 9635
Southfield, MI 48037-0513                 Suite 200                                 Wilkes Barre, PA 18773-9635
                                          260 Peachtree Street, NW
                                          Atlanta, GA 30303-1236


Fst Premier                               Pamala Denise Heller                      Craig B. Lefkoff
601 S Minnesota Ave                       1064 Sly Fox Run                          Lefkoff, Rubin, Gleason & Russo, PC
Sioux Falls, SD 57104-4824                Fairburn, GA 30213-4908                   Suite 900
                                                                                    5555 Glenridge Connector
                                                                                    Atlanta, GA 30342-4762


Loancare Servicing Ctr                    NAVY FEDERAL CREDIT UNION                 Navient Solutions Inc
3637 Sentara Way                          PO BOX 3000                               Po Box 9500
Virginia Beach, VA 23452-4262             MERRIFIELD, VA 22119-3000                 Wilkes Barre, PA 18773-9500


Navient Solutions, LLC on behalf of       Navy Federal Cr Union                     Nc Financial
Department of Education Loan Services     Po Box 3700                               200 W Jackson Blvd Ste 2
PO Box 9635                               Merrifield, VA 22119-3700                 Chicago, IL 60606-6941
Wilkes Barre, PA 18773-9635


Nelnet Lns                                Nelnet Loans                              New Penn Financial, LLC
Po Box 1649                               6420 Southpoint Pkwy                      c/o Shellpoint Mortgage Servicing
Denver, CO 80201-1649                     Jacksonville, FL 32216-0946               PO Box 10826
                                                                                    Greenville, SC 29603-0826


OneMain                                   Onemain                                   PRA Receivables Management, LLC
P.O. Box 3251                             Po Box 1010                               PO Box 41021
Evansville, IN. 47731-3251                Evansville, IN 47706-1010                 Norfolk, VA 23541-1021


Quantum3 Group LLC as agent for Comenity Ban   SYNCHRONY BANK                       Howard P. Slomka
PO Box 788                                c/o Weinstein & Riley, PS                 Slipakoff & Slomka, PC
Kirkland, WA 98083-0788                   2001 Western Ave., Ste 400                Overlook III - Suite 1700
                                          Seattle, WA 98121-3132                    2859 Paces Ferry Rd, SE
                                                                                    Atlanta, GA 30339-6213
```

```
Syncb/jcp                          Syncb/walmart                         Synchrony Bank
Po Box 965007                      Po Box 965024                         c/o PRA Receivables Management, LLC
Orlando, FL 32896-5007             Orlando, FL 32896-5024                PO Box 41021
                                                                         Norfolk, VA 23541-1021


Usaa Savings Bank                  Wells Fargo Bank N.A., d/b/a Wells Fargo Aut    Wells Fargo Dealer Svc
Po Box 47504                       P.O. Box 19657                        Po Box 1697
San Antonio, TX 78265              Irvine, CA 92623-9657                 Winterville, NC 28590-1697


eCAST Settlement Corporation
PO Box 29262
New York NY 10087-9262
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
CREDIT ACCEPTANCE                  Capital One
25505 WEST 12 MILE ROAD            15000 Capital One Dr
SOUTHFIELD , MI 48034              Richmond, VA 23238
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Synchrony Bank                  (u)Wells Fargo Bank, N.A., dba Wells Fargo De   End of Label Matrix
c/o PRA Receivables Management, LLC                                                Mailable recipients   36
PO Box 41021                                                                       Bypassed recipients    2
Norfolk, VA 23541-1021                                                             Total                 38
```