**IT IS ORDERED as set forth below:**



**Date: August 22, 2023**

_____
**Paul Baisier
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| **PAMALA DENISE HELLER,** | ) | CASE NO. **18-60154-PMB** |
| | ) | |
| | ) | |
| DEBTOR. | ) | |

**CONSENT ORDER ON THE TRUSTEE'S
MOTION TO MODIFY PLAN, OR IN THE ALTERNATIVE,
MOTION TO DISMISS CASE**

On May 11, 2023, the Chapter 13 Trustee filed a *Motion to Modify Plan, or in the Alternative, Motion to Dismiss Case* (Doc. No. 69) (the "Motion"), which was scheduled for hearing August 10, 2023. As the parties reached agreement prior to the hearing, it is hereby

**ORDERED** that, Debtor's plan is modified to increase the amount paid to unsecured claims by $4,500.00 to account for excess refunds from 2021 and 2022 that were committed to the plan. It is further

**ORDERED** that, Debtor's case must be completed by October 2023. It is finally

**ORDERED** that, subject to the foregoing terms and conditions, the Motion is **DENIED**.

**[END OF DOCUMENT]**

| Presented by: | Consented to by: |
|---|---|
| /s/ | /s/ with express permission |
| Taylor S. Mansell | Howard Slomka |
| GA Bar No. 940461 | Georgia Bar # 652875 |
| Attorney for Chapter 13 Trustee | Howard Slomka, P.C. |
| 233 Peachtree Street, NE | Attorney for Debtor |
| Suite 2250 | 6400 Powers Ferry Road NW |
| Atlanta, GA  30303 | Suite 200 |
| (678) 510-1444 | Atlanta, GA 30339 |
| mail@13trusteeatlanta.com | Howie@Slomka.us |

Case No. 18-60154-PMB

# DISTRIBUTION LIST

DEBTOR:

Pamala Denise Heller
1064 Sly Fox Run
Fairburn, GA 30213

ATTORNEY FOR DEBTOR:

SLIPAKOFF & SLOMKA, PC
6400 Powers Ferry Road NW
Suite 200
Atlanta, GA 30339

CHAPTER 13 TRUSTEE:

Melissa J. Davey
Melissa J. Davey, Standing Ch 13 Trustee
Suite 2250
233 Peachtree Street, NE
Atlanta, GA 30303